Kenneth **LEOGRANDE,**
Plaintiff–Appellant,

v.

**SCHOOL OF DENTAL MEDICINE, STONY BROOK UNIVERSITY, HEALTH SCIENCE CENTER, STONY BROOK, N.Y.,** Defendant–Appellee.

No. 03–9252.

United States Court of Appeals,
Second Circuit.

Oct. 25, 2004.

Kenneth Leogrande, New York, N.Y. (on submission), for Plaintiff–Appellant, pro se.

No appearance, for Defendant–Appellee.

Present: KEARSE, MCLAUGHLIN, and CALABRESI, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED.**

Plaintiff–Appellant ("Appellant"), proceeding *pro se,* filed suit under 42 U.S.C. § 1983, alleging that the defendants denied dental services to him and thereby violated his constitutional rights. He appeals from the district court's *sua sponte* dismissal, pursuant to 28 U.S.C. § 1915(e)(2), of his complaint.[1] The Appellant raises several arguments on appeal, all of which we find to be without merit for substantially the reasons stated by the district court. While we note that § 1915 dismissals are highly disfavored, here the district court properly reviewed the complaint liberally and in accordance with the standards for dismissal under § 1915(e)(2); the court correctly discerned that this was one of the unusual cases in which such dismissal was appropriate, and in which any amendment would be futile. *See generally Pino v. Ryan,* 49 F.3d 51, 52–54 (2d Cir.1995). We further note that, because the district court's dismissal of the action was proper, it did not deprive the Appellant of his right to a jury trial.

Accordingly, we AFFIRM the judgment of the district court.

---

1. The Office of the Clerk of the Court received a telephone call from the Appellant on the date scheduled for oral argument, stating that he had withdrawn his appeal. The court, however, has no record of receiving any such withdrawal.